Neville McGarity

Reg. #11774-280

United States Penitentiary Tucson

P.O. Box 24550

Tucson, AZ 85734


Clerk of Court John Ley

Eleventh Circuit Court of Appeals

56 Forsyth St., NW

Atlanta, GA 30303


7/15/2013


RE:Case No.13-11226-C/Filing of Documents


Dear Clerk,

        Please file the enclosed documents. Also, please provide notice of their having been filed.


Respectfully,

X _____

Neville McGarity

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

NEVILLE McGARITY,                    ) Case No.

                    Appellant,       ) 13-11226-C

                                     )

vs                                   )

                                     )

UNITED STATES OF AMERICA.            )

                                     )

_____

MOTION FOR RECONSIDERATION/REHEARING

COMES NOW, Neville McGarity, to ask this court to reconsider the decision denying him IFP status to file an appeal of the district court's decision denying his motion to compel. Appellant asks that the court consider this renewed motion for the following reasons.

FACTS OF THE CASE

On May 30, 2013, motions for IFP, and brief in support of appeal, was mailed to the Court of Appeal's Clerk's Office for filing.

On July 2, 2013 a motion for IFP was denied by this court. The court stated that due to Ellis v United States, 356 US 674, 674-75, 78 S.Ct. 974, 975, 2 L.Ed.2d 1060 (1958), the IFP should be denied due to the 'frivolous' nature of the

appeal.

Appellant received this notice on July 10, 2013.
Appellant did some research and determined that this motion to
reconsider would be proper.

ARGUMENT

When the case of Ellis V United States is found, it shows
that the case was denied a petition to appeal IFP. Upon
petition for certiorari, the Supreme Court ruled that since
the complaint was not frivolous, was taken in good faith, that
the IFP must be granted.

The court determined that good faith is defined as:
being established, in the absence of of some evident improper
motive, by the applicant's presentation of any issue that is
not plainly frivolous;the good faith test is not to be
converted into a requirement of a preliminary showing of any
particular degree of merit, and unless the issues raised by
the applicant are so frivolous that the appeal would be
dismissed in the case of a non-indigent litigant under Rule
39(a) of the Fed. R. Crim. Proc., the request of an indigent
for leave to appeal in forma pauperis must be allow(Id.@1061)

In addition, an appeal is frivolous only if it lacks any
arguable basis in either law of fact.Neitzke v
Williams(1989)490 US 319, 104 L.Ed.2d 338, 109 S.Ct. 1827. The
Supreme Court continued, stating that, the § 1915(d) term
"frivolous", when applied to a[n] [appeal], embraces not only
inarguable legal conclusion, but also fanciful factual
allegations.

None of which this appeal contains.

The Rule 12(b)(6) and § 1915(d) standards were designed to serve distinctive goals;misinterpreting the standards would deny indigent plaintiffs the practical protections against unwarranted dismissal generally afforded paying plaintiffs under the Federal Rules.

Additionally, the district courts certification that the appeal is not taken in good faith is an incorrect assessment of the original motion. Further, such certification is not final in the sense that it does not bar an appellant from showing that the certification was unwarranted and that an appeal should be allowed.

If the appeal was heard by this court, and denial of the IFP request was denied, so the merits were never addressed, then it would be shown that it is taken in good faith, the claim is not frivolous, and relief should be granted.

As it stands now, the Appellant is being penalized for being poor. This fact is supported by the court refusing to hear the appeal simply because the Appellant is asking for IFP, for which he obviously qualifies.

As per the original motion, and the supporting brief filed for the appeal, Appellant is simply asking that he former attorney produce the documents contained in the case file, which are needed to support particular claim development in the § 2255 motion, without charging the indigent defendant a fee of over $1,100.00 dollars. A defendant has th right to access his case file.

The Appellant asks the court to reconsider the denial of IFP in light of this most recent motion.

Accordingly, the Appellant asks the court to adopt his

previously filed motions for IFP, with supporting financial documents, and the brief in support of appeal.

CONCLUSION

It should be determined that to continue to deny the Appellant access to the courts simply because he is poor is against the law as the petition is not taken in bad faith.

The IFP status should be granted, and the appeal determined upon it's merits.

Respectfully filed this 16th day of July, 2013.

X _____

Neville McGarity 7/16/2013

USP Tucson

P.O. Box 24550

Tucson, AZ 85734

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT


NEVILLE MCGARITY,                ) Case No

                   Appellant,    ) 13-11226-C

                                 )

vs                               )

                                 )

UNITED STATES OF AMERICA.        )

                                 )

_____


MOTION AND AFFIDAVIT TO PROCEED

IN FORMA PAUPERIS


COMES NOW, Neville McGarity, with this motion to proceed in forma pauperis. Appellant has also included an application, certified affidavit, and a certified statement regarding this request which show indigency during a preceeding six month period. Appellant is appealing the denial for production of documents from the District Court for the Northern District of Florida.

Respectfully filed on this 30th day of May, 2013.


/s/

Neville McGarity

## Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11774280 | Current Institution: | Tucson - FCC |
| Inmate Name: | MCGARITY, NEVILLE | Housing Unit: | TCP-F-A |
| Report Date: | 04/03/2013 | Living Quarters: | F01-207U |
| Report Time: | 1:17:02 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6765 |
| PAC #: | 384666503 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 4/1/2008 |
| Local Account Activation Date: | 10/31/2009 3:21:03 AM |
| | |
| Sort Codes: | |
| Last Account Update: | 4/2/2013 1:20:00 PM |
| Account Status: | Active |
| Phone Balance: | $4.91 |

#### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | Payroll     Outside Source Funds |

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $2.35 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

Administrative Hold Balance: $0.00
Available Balance: $2.35
National 6 Months Deposits: $1,231.95
National 6 Months Withdrawals: $1,235.40
Available Funds to be considered for IFRP Payments: $731.95
National 6 Months Avg Daily Balance: $19.83
Local Max. Balance - Prev. 30 Days: $143.20
Average Balance - Prev. 30 Days: $19.64

## Commissary History

### Purchases

Validation Period Purchases: $51.30
YTD Purchases: $538.10
Last Sales Date: 4/2/2013 1:20:00 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: Yes
Spending Limit: $160.00
Expended Spending Limit: $48.30
Remaining Spending Limit: $111.70

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

AFFIDAVIT ACCOMPANYING MOTION FOR

PERMISSION TO APPEAL IN FORMA PAUPERIS

United States Court of Appeals for the Eleventh Circuit


Neville McGarity, Appellant,

v                                        Case No.13-11226-C

United States of America.

---

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 4- 4/4/2013                        Signed: _____

---

My issues on appeal are:
1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interests and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 107.99 | $ 0 | $ 100.00 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as Social Security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

Rev.: 12/98

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| | | | |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have?   $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | | Make & Year: N/A |
| | | Model: _____ |
| | | Registration #: _____ |

| Other Assets(Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| N/A | | Make & Year: _____ |
| | | Model: _____ |
| | | Registration #: _____ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | |
| | | |
| | | |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes ☒ No     If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes ☒ No     If yes, how much? $ _____

If yes, state the attorney's name, address, and telephone number:

        N/A

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☐ Yes ☒ No     If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:

        N/A

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    Due to incarceration, I rely on small gifts from my parents for necessary hygiene, stamps, paper, etc...

13. *State the address of your legal residence.*

    USP Tucson
    P.O. Box 24550
    Tucson, AZ 85734
Your daytime phone number: (_____) N/A _____

Your age: 45 _____ Your years of schooling: 12 _____

Your Social Security number: 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 _____

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

7.  State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|------|--------------|-----|
| N/A | | |
| | | |
| | | |

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|--|-----|-------------|
| For home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? ☐ Yes ☐ No | $ 0 | $ 0 |
| Is property insurance included? ☐ Yes ☐ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): _____ | $ 0 | $ 0 |
| Department store (name): _____ | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly expenses | $ 0 | $ 0 |

Rev.: 12/98

CERTIFICATION OF DOCUMENTS

I, Neville McGarity, do hereby certify that the documents
contained herein, do accurately depict my financial situation.
These documents do reflect my eligibility for being granted In
Forma Pauperis. Additionally, I have included copies of my Inm
ate Account for the last 6 months. The authenticity of the
documents are verified by the Case Manager Seal contained on
this page.

X _____, CSW 4/10/13          CASE MANAGER
Case Manger Seal, Title, Date          AUTHORIZED BY THE ACT OF JULY 7, 1955.
                                        AS AMENDED, TO ADMINISTER OATHS.
                                        18 U.S.C. 4004

X _____
Neville McGarity 4/10/2013

Reg. 11774-280

USP Tucson

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

NEVILLE MCGARITY,                )Case No.

                   Appellant,     )13-11226-C

                              )

vs                               )

                              )

UNITED STATES OF AMERICA.        )

                              )

---

## ARGUMENTS IN SUPPORT OF APPEAL OF DECISION

## DENYING PRODUCTION OF DOCUMENTS

### STATEMENT OF FACTS

COMES NOW, Neville McGarity, the Appellant in this action with this brief in support of appeal regarding denial of motion for production of documents.

On April 14, 2009, Appellant was sentenced in the United States District Court, Northern District Court of Florida, by Chief Judge Lacy A. Collier. Appellant received a sentence of Life on count one, with concurrent various sentences on counts 10, 21, and 33. Counts 2 and 40 were vacated on appeal. Appellant was represented by attorney Patrick L. Jackson, of James L. Chase and Associates, PLC, 101 E. Government Street, Pensacola, Florida 32502, through appeal. Certiorari was

sought and then denied on October 5, 2012. According to
A.E.D.P.A., Appellant's 28 USC § 2255 is due on October 5,
2013.


## ARGUMENTS

In this case, the Appellant and 13 co-defendant's were
arrested and prosecuted. A majority of those defendants were
placed on trial together. Trial commenced January 5, 2009 and
a verdict of guilty was returned on January 14, 2009.

This was an international case involving multiple
agencies around the world, namely Australian authorities,
working in cooperation with the FBI. It was a first of its
kind prosecution in terms of the prosecuted statutes in the
Northern District of Florida.

The case was very complex and required multiple
government and defense computer forensic experts, discussing
file-sharing, newsgroups, encryption technologies and methods,
etc. Many hours were spent by the government in preparing and
prosecuting this case.

In turn, a similar investment in strategic defense should
have been utilized for the defendant. As 28 USC § 2255 is the
proper vehicle for collateral attacks involving ineffective
assistance of counsel. Appellant is in the process of
acquiring all necessary documents to factually support claims
being pursued.

The Appellant, and his family, communicated several times
with attorney Patrick L. Jackson about having the case file,
minus any attorney work product, forwarded and made available

to the Appellant. Attorney Jackson requested increasingly exorbitant amounts of money during each subsequent request.

Finally, on February 19, 2013, Appellant filed a "Motion for Attorney Production of Documents". On March 6, 2013, the motion was denied by Chief Judge Collier. See attached copies of Motion for Production of Documents and Order Denying Motion.

In the Order denying motion, Judge Collier, stated:

> (b) "While the defendant may have a
> right to his case file, he must also
> bear the cost of its production.
> There is no case pending in this
> Court at this time, and the
> government does not fund 'fishing'
> expeditions."

Appellant respectfully disagrees with the Court's assertions for the following reasons.

1) As the Court stated, the defendant is entitled to his case file. Attorney Jackson has never previously reproduced the case file, or made it available to the defendant, upon the completion of the appeals process. American Bar Association standards stipulate that the file belongs to the defendant and should be returned to him upon request at the completion of the proceedings.

2) As to bearing the costs of the production, Appellant is indigent. Also, he is not asking the government to bear any

costs. Furthermore, as a C.J.A Panel court-appointed attorney, Patrick Jackson has already been compensated for the work he has done, including amassing the case file for his client, the Appellant. Appellant is not asking that the records be recreated, merely handed over to him. If the cost to Attorney Jackson is incurred while maintaining additional copies of the case file for his official records, that is not the financial responsibility of the Appellant. Appellant should not be penalized financially, or through the withholding of case file materials, for simply asking for what is rightfully his. If that should require attorney Jackson to have to reproduce additional copies for his official records, that is a cost for him alone to bear.

3) As stated previously, this is a very complex case. There are some deficiencies in the representation that are apparent to the Appellant. Appellant is asking for his case file property for use in further identifying, and exhibiting, factual allegations of deficient performance by attorney Jackson. The case file will allow the Appellant to make very specific, factual allegations which would entitle him to relief.

4) While the case may not be currently "[p]ending in [the] Court at this time", the time for preparing and filing the 28 USC § 2255 is definitely tolling. All the available time is crucial to the Appellant. In the interests of justice, the Appellant should have his opportunity for legal redress maximized. The case file being put in his possession would be greatly beneficial to this end.

5)And finally, while the Appellant may not have a constitutional right to free copies reproduced by the court, the law says nothing about the case file developed, and now held, by the attorney. Appellant is in no way asking the Court to incur any costs, or do anything other than order that attorney Jackson turn over the entire case file, minus attorney work product.

<u>PRAYER FOR RELIEF</u>

For all the foregoing reasons, Appellant asks that the following be ordered:

1)Remand the motion back to District Court with an order to grant the Appellant's original motion for production of documents.

2)If it is necessary, and to help alleviate costs to attorney Jackson, the case file may be placed on to CD format and the forwarded to the Appellant, or his representative.

3)Any other relief as the Court of Appeals deems appropriate.

Respectfully Filed,

X_____

Neville McGarity, pro se

On this date-4/11/2013

USP Tucson

P.O. Box 24550

Tucson, AZ 85734

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

| | |
|---|---|
| NEVILLE MCGARITY, | ) Case No. |
| Movant, | ) 3:08-cr-00022-LC-6 |
| | ) |
| | ) MOTION FOR |
| vs | ) ATTORNEY . |
| | ) PRODUCTION OF |
| | ) DISCOVERY AND |
| UNITED STATES OF AMERICA. | ) TRANSCRIPTS |
| | ) |

---

ARGUMENT

COMES NOW, Neville McGarity, pro se, the Movant in this action to request that an order issue directing attorney Patrick L. Jackson, of James L. Chase & Associates, PLC, of 101 E. Government Street, Pensacola, Florida 32502 to return the files, transcripts, and any and all documents created during the criminal proceedings against the Movant.

The Movant proceeded to trial on a plea of not guilty and was ultimately found guilty. An appeal to the Eleventh Circuit Court of Appeals ensued. The appellate court affirmed the majority of the counts and upheld his sentence. A petition for Certiorari was also denied.

The Movant is now in the process of preparing his 28 USC

App. Ex. #A1

§ 2255 motion. He has made multiple requests to attorney Patrick L. Jackson, most of which have been ignored, to turn over the file in it's entirety for this purpose. Movant has retained all of these ignored inquiries. The latest inquiry resulted in the issuance of a letter, dated January 18, 2013(attached Exhibit #1A & 1B), in which attorney Jackson states that only upon receipt of payment, will the documents be reproduced and forwarded to the Movant. Based on the fact that the Movant's criminal proceedings encompassed a multi-count indictment, with several codefendants, and a trial that lasted many days, the request of attorney Jackson is cost prohibitive for the Movant, who was, and still is, indigent.

As the court knows, the file is created on behalf of the Movant, and attorney Jackson was already paid to create said file. Under the Rules of Professional Conduct, the file belongs to the Movant.

It would be wrongful to have to ask the court to reproduce the necessary documents as they already exist in the files.

However, the right to those documents for the purposes of Post-Conviction litigation is clearly based in Constitutional Law. See <u>Griffin v Illinois</u>(351 U.S. 12 1956).

To avoid having the court waste scarce judicial resources, the Movant is asking that the court issue an order to attorney Jackson to reproduce and forward the file as directed according to the request herein.


PRAYER FOR RELIEF

App. Ex.#A2

1) Direct attorney Jackson to immediately forward the file as requested, at no cost to the Movant. Any and all packages from attorney Jackson containing documents related to the Movant's criminal case shall be marked as follows, as per Bureau of Prison policy:

> "SPECIAL MAIL-OPEN ONLY IN THE
> PRESENCE OF INMATE"
> ATTN: Neville McGarity
> Reg. #11774-280
> United States Penitentiary Tucson
> P.O. Box 24550
> Tucson, AZ 85734

Please direct attorney Jackson that under no circumstances shall the documents be addressed to a prison official and allowed for inspection outside the presence of the Movant.

2) Upon issuance of this order, Movant will provide attorney Jackson with the B.O.P. policy required "Package Authorization Form", which is to be included with the package containing the requested documents.

3) Additionally, it is requested that the order include direction to prison officials stating that the Bureau of Prison can not place any type of restrictions on the amount of pertinent documents, to be made available to the Movant, as contained in the criminal case file of the Movant.

Respectfully Submitted,

App. Ex.#A3

X_____

Neville McGarity-2/7/2013

Reg. #11774-280

USP Tucson

P.O. Box

Tucson, AZ 85734

App. Ex. #A4

# JAMES L. CHASE & ASSOCIATES, PLC

### ATTORNEYS AND COUNSELORS AT LAW

101 East Government Street  •  Pensacola, FL 32502
Phone: 850-434-3601  •  Fax: 850-607-2196  •  www.cqmjlaw.com



January 18, 2013

Neville McGarity
11774-280
United States Penitentiary Tucson
Tucson, Arizona  85734 -          **LEGAL MAIL**

Dear Mr. McGarity:

Your request for copies of your file have been passed to me.  I have retired from the practice of law.

Retrieving your records will be a two-step process.  They are currently in the firm's archives and consist of five (5) boxes.  The cost of retrieving the boxes is $125.00.  Once you have tendered that amount by way of a certified check made payable to James L. Chase & Associates, the boxes will be returned to the main office and thereafter weighed and opened for inspection by our copying service.  The cost of copying and sending the boxes will then be determined, along with any associated administrative costs, including  returning the boxes to storage awaiting tender of payment.  Once the associated costs have been paid by certified check, the copies will be provided.

Since the contents of the files will not be screened by me, you may wish to have the copies sent to your father rather than your facility.

Sincerely,

PATRICK L. JACKSON

PLJ/PPL

Ex #1A
App. Ex. #B1

JAMES L. CHASE & ASSOCIATES, PLC

P.O. Box 13205
Pensacola, FL 32591-3205


045J8320S987
$0.450
01/18/2013
Mailed From 3250

F|

Neville McGarity
11774-280
United States Penitentiary Tucson
Tucson, Arizona  85734 -  LEGAL MAIL

Ex #1B

APP. Ex. #B2

CERTIFICATE OF MAILING

I, Neville McGarity, the Movant in this action, do hereby certify that a copy of the foregoing document was placed in the PRISON LEGAL MAIL system, here at U.S.P. Tucson, P.O. Box 24550, Tucson, AZ 85734, with full first-class postage paid on this date, February 7, 2013. Accordingly, this document is considered filed on said date.

Additionally, a copy of this document was provided to the following:

United States Attorney's Office

Law Offices of James L Chase and Associates, PLC

X_____

Neville McGarity 2/7/2013

App. Ex. #B3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                          CASE NO.    3:08cr22LAC

NEVILLE MCGARITY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____February 20, 2013_____

Motion/Pleadings:___MOTION FOR ATTORNEY PRODUCTION OF DISCOVERY AND TRANSCRIPTS_____

Filed by_Defendant_____  on _2/19/13_____  Doc.# _955_ ·_____

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
_____ Stipulated   _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS, CLERK OF COURT

_____                s/Mary Maloy
LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 6th day of March, 2013, that:

(a) The relief requested is DENIED.

(b) While defendant may have a right to his case file, he also must bear the cost of its production.  There is no case pending in this Court at this time, and the Government does not fund fishing expeditions.

                        s/L.A. Collier
                    LACEY A. COLLIER
              Senior United States District Judge

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                Document No.

App. Ex. #C1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

NEVILLE MCGARITY,                    ) Case No

            Movant,       ) 3:08-cr-00022-LC-6

                        )

                        ) NOTICE

                        )  OF

vs                      ) INTENT

                        )  TO

                        ) APPEAL

UNITED STATES OF AMERICA.             )

                        )

---

COMES NOW, Neville McGarity, pro se, the Movant in this action to file notice with this court of intent to appeal the decision denying attorney production of discovery and transcripts. (Doc. No.956) This denial was filed on 3/6/2013. Notice of the denial was received by the Movant on 3/11/2013.

Respectfully filed this day, March 13, 2013.

Respectfully,

/s/

Neville McGarity

Filed 0318'13 USDC Fln 3PM 1249

App. E+ #D2 —

CERTIFICATE OF INTERESTED PERSONS

AUSA Robert G. Davies

AUSA David Lance Goldberg

AUSA Pamela Marsh

AUSA Paul Alan Sprowls

Attorney Patrick Jackson

Neville McGarity


This is a list of interested parties regarding this case.


X_____

Neville McGarity

Reg. 11774-280

USP Tucson

P.O. Box 24550

Tucson, AZ 85734

CERTIFICATE OF INTERESTED PERSONS

AUSA Robert G. Davies

AUSA David Lance Goldberg

AUSA Pamela Marsh

AUSA Paul Alan Sprowls

Attorney Patrick Jackson

Neville McGarity


    This is a list of interested parties regarding this
case.


X_____
Neville McGarity

Reg. 11774-280

USP Tucson

P.O. Box 24550

Tucson, AZ 85734

CERTIFICATE OF MAILING AND SERVICE

I, Neville McGarity, do hereby certify and declare that the foregoing documents were placed in the PRISON LEGAL MAIL SYSTEM here at United States Penitentiary Tucson, P.O. Box 24550, Tucson, AZ 85734, on this date of May 30, 2013, with full first-class certified postage paid. Accordingly, this document should be considered filed on this date.

Copies of these documents were also mailed to:

Robert Davies, US Attorney, &

David Goldberg, US Attorney, &

Pamela Marsh, US Attorney, of

US Attorney's Office(COR NTC US Attorney)

21 E. Garden St., Ste. 400, Pensacola, FL 32502


Paul Sprowls, US Attorney, of

US Attorney's Office

111 N Adams St., Fl 4, Tallahassee, FL 32301


X_____

Neville McGarity #11774-280

USP Tucson

P.O. Box 24550

Tucson, AZ 85734

CERTIFICATE OF INTERESTED PERSONS

AUSA Robert G. Davies

AUSA David Lance Goldberg

AUSA Pamela Marsh

AUSA Paul Alan Sprowls

Attorney Patrick Jackson

Neville McGarity


This is a list of interested parties regarding this case.

X _____

Neville McGarity

Reg. 11774-280

USP Tucson

P.O. Box 24550

Tucson, AZ 85734

CERTIFICATE OF MAILING AND SERVICE

I, Neville McGarity, do hereby certify and declare that the foregoing documents were placed in the PRISON LEGAL MAIL SYSTEM here at United States Penitentiary Tucson, P.O. Box 24550, Tucson, AZ 85734, on this date of July 16, 2013, with full first-class certified postage paid. Accordingly, this document should be considered filed on this date.

Copies of these documents were also mailed to:

Robert Davies, US Attorney, &

David Goldberg, US Attorney, &

Pamela Marsh, US Attorney, of

US Attorney's Office(COR NTC US Attorney)

21 E. Garden St., Ste. 400, Pensacola, FL 32502


Paul Sprowls, US Attorney, of

US Attorney's Office

111 N Adams St., Fl 4, Tallahassee, FL 32301


X _____

Neville McGarity #11774-280

USP Tucson

P.O. Box 24550

Tucson, AZ 85734